IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

File #103-76208

| | |
|---|---|
| RAYNELL ALLEN, as Parent and Legal Guardian of SHAKIRAH JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>SCHOOL DISTRICT OF PHILADELPHIA, PAUL VALLAS, EXECUTIVE DIRECTOR; DANIEL BOONE SCHOOL; BOONE SCHOOL PRINCIPAL ALEXANDER; TEACHER SCRUGGS, Individually and as employees of the School District of Philadelphia and/or Boone School | C.A. No. 05-5523<br><br>JURY TRIAL DEMANDED |

## STIPULATION

It is hereby STIPULATED by Defendants Daniel Boone School, Boone School Principal Alexander and Teacher Scruggs (hereinafter collectively referred to as "Defendants"), through their undersigned counsel, that Plaintiff, Raynell Allen, as Parent and Legal Guardian of Shakirah Jones, is granted an extension of time up until June 30, 2006, in which to respond to Defendants' Motion to Dismiss in the above captioned matter.

            MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

            By: /s/ Michael T. Hamilton, Esquire
            Michael T. Hamilton, Esquire
            1800 John F. Kennedy Boulevard, Suite 1900
            Philadelphia, PA 19103
            (215) 564-6688
            (215) 564-2526 (fax)
            *Attorney for Defendants Alexander, Scruggs, and the Daniel Boone School*

Dated: June 8, 2006

PH148299.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation was sent by first-class U.S. mail, postage prepaid, and filed electronically to the counsel below listed:

>Michael Pileggi, Esquire
>437 Chestnut Street, Suite 905
>Philadelphia, PA 19106


>/s/ Michael T. Hamilton

Date:   June 8, 2006

PH148299.1